JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Halliburton Energy Services, Inc.,<br><br>    Petitioner,<br><br>v.<br><br>Joseph Foord,<br><br>    Respondent.<br>_____<br>Joseph Foord,<br><br>    Petitioner,<br><br>v.<br><br>Halliburton Energy Services, Inc.,<br><br>    Respondent. | Case Nos. CV 19-10481 PA (MAAx)<br>             CV 19-10794 PA (MAAx)<br><br>JUDGMENT OF DISMISSAL |

In accordance with the Court's January 27, 2020 Minute Order denying Joseph Foord's Motion to Vacate Arbitration Award and Remand for Rehearing, it is HEREBY ORDERED, ADJUDGED, AND DECREED that:

    1.    The arbitration award in favor of Halliburton Energy Services, Inc. and against Joseph Foord, dated November 19, 2019, is confirmed in all respects; and

    2.    Foord is ordered to pay to Halliburton the sum of $40,669.30 in costs incurred by Halliburton, as directed by the Arbitration Award.

The Clerk is ordered to enter this Judgment.

DATED: January 27, 2020

                                              _____
                                                  Percy Anderson
                                          UNITED STATES DISTRICT JUDGE